UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VIELKA D. BOZZONE,

                        Plaintiff,          **PROPOSED**
                                                  **REVISED SCHEDULING ORDER**

- against -

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                        Defendant.
-----------------------------------------------------------X

LISA MARGARET SMITH, United States Magistrate Judge:

Plaintiff's Motion for Judgment on the Pleadings is due to be filed on January 4, 2020. Plaintiff has filed a letter motion seeking an extension of time within which to file her Motion for Judgment on the Pleadings. After conferring, both parties now submit their proposed revised scheduling order as follows:

Plaintiff's motion for judgment on the pleadings is now to be filed on or before February 3, 2020.

Defendant's cross-motion or other reply shall be filed on or before April 3, 2020.

Plaintiff's reply, if any, shall be filed on or before April 24, 2020.

**SO ORDERED**

Dated: New York, New York
12/27/2019

S O ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

# DK DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
JEFFREY C. LEO, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DeLAUTER, ESQ.
KATHERINE M. USEWICZ, ESQ.
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)

**VIA ECF**

December 23, 2019

Hon. Lisa Margaret Smith
United States Magistrate Judge
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

                                       RE: Bozzone v. Commissioner of SSA
                                       7:19-CV-05596 (NSR) (LMS)

Dear Magistrate Judge Smith:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion for Judgment on the Pleadings is due to be filed on January 4, 2020. With the kind consent of the Commissioner's Counsel, Plaintiff respectfully requests an additional 30 days within which to file her motion. This request is made necessary due to scheduling conflicts between now and the due date of Plaintiff's motion. This is the first time such relief has been requested.

Pursuant to Your Honor's Individual Rules, a proposed revised scheduling order is attached.

Thank you for your consideration of this request.

ADDITIONAL OFFICES AT:
3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY
55 MAIN STREET, GOSHEN, NY | 303 CLINTON AVENUE, KINGSTON, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY
THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Prashant Tamaskar, AUSA (via ECF)