**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VIELKA BOZZONE,

                  Plaintiff,         19 **CIVIL** 5596 (NSR) (LMS)

        -v-                        **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 26, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:** New York, New York
           March 27, 2020

                                                  **RUBY J. KRAJICK**
                                             _____
                                                   **Clerk of Court**
                **BY:**
                                    _____
                                                   **Deputy Clerk**